Steven SWANIGAN *v.* STATE of Arkansas

CR 02-1093                                   88 S.W.3d 425

Supreme Court of Arkansas
Opinion delivered October 31, 2002

*T. Clay Janske*, for appellant.

No response.

P ER CURIAM. Appellant Steven Swanigan, by and through his attorney, has filed a motion for rule on clerk. His attorney, T. Clay Janske, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.